# EXHIBIT A

PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:22-cv-00145-MN

| | |
|---|---|
| The Trustees of the University of Pennsylvania v. Genentech, Inc. | Date Filed: 01/31/2022 |
| Assigned to: Judge Maryellen Noreika | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**The Trustees of the University of Pennsylvania**     represented by   **Brian E. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dov Hirsch**
Email: Dov.Hirsch@allenovery.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth J. Holland**
Email: Elizabeth.Holland@allenovery.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Kieckhafer**
Email: Katherine.Kieckhafer@AllenOvery.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew R Miner**
Email: Matthew.Miner@allenovery.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mena Gaballah**
Email: Mena.Gaballah@AllenOvery.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
302-777-0338
Fax: 302-421-5870
Email: mfarnan@farnanlaw.com
*ATTORNEY TO BE NOTICED*

**Nicholas K. Mitrokostas**
Email: nicholas.mitrokostas@allenovery.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shaobo Zhu**
Email: Shaobo.Zhu@AllenOvery.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William G. James**
Email: william.james@allenovery.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Genentech, Inc.                represented by  **Karen Jacobs**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302)658-9200
Email: kjacobs@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Paul Clark**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 333-8052
Email: cclark@mnat.com
*ATTORNEY TO BE NOTICED*

**Chih-Wei Wu**
Email: cwu@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek James Fahnestock**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-658-9200
Email: dfahnestock@mnat.com
*ATTORNEY TO BE NOTICED*

**Jennifer H. Wu**
Email: jwu@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Josephine Young**
Email: jyoung@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca E. Fett**
Email: rfett@paulweiss.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2022 | 1 | COMPLAINT for Patent Infringement - filed with Jury Demand against Genentech, Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 402, receipt number ADEDC-3792709.) - filed by The Trustees of the University of Pennsylvania. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(smg) (Entered: 02/01/2022) |
| 01/31/2022 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (smg) (Entered: 02/01/2022) |
| 01/31/2022 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US 7,625,558 B2. (smg) (Entered: 02/01/2022) |
| 01/31/2022 | 4 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by The Trustees of the University of Pennsylvania. (smg) (Entered: 02/01/2022) |
| 02/01/2022 | 5 | Summons Issued with Magistrate Consent Notice attached as to Genentech, Inc. on 2/1/2022. (smg) (Entered: 02/01/2022) |
| 02/01/2022 | 6 | SUMMONS Returned Executed by The Trustees of the University of Pennsylvania. Genentech, Inc. served on 2/1/2022, answer due 2/22/2022. (Farnan, Brian) (Entered: 02/01/2022) |
| 02/02/2022 |   | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 02/02/2022) |
| 02/02/2022 |   | Case Reassigned to Judge Maryellen Noreika. Please include the initials of the Judge (MN) after the case number on all documents filed. (rjb) (Entered: 02/02/2022) |
| 02/18/2022 | 7 | STIPULATION TO EXTEND TIME to answer, move or otherwise respond to the Complaint to March 24, 2022 - filed by Genentech, Inc.. (Jacobs, Karen) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | 8 | MOTION for Pro Hac Vice Appearance of Attorney Jennifer H. Wu, Josephine Young and Rebecca Fett - filed by Genentech, Inc.. (Jacobs, Karen) (Entered: 02/18/2022) |
| 02/18/2022 | | SO ORDERED, re 7 STIPULATION TO EXTEND TIME to answer, move or otherwise respond to the Complaint to March 24, 2022. Set/Reset Answer Deadlines: Genentech, Inc. answer due 3/24/2022. Ordered by Judge Maryellen Noreika on 2/18/2022. (asw) (Entered: 02/18/2022) |
| 02/18/2022 | | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney Jennifer H. Wu, Josephine Young and Rebecca Fett filed by Genentech, Inc. Ordered by Judge Maryellen Noreika on 2/18/2022. (asw) (Entered: 02/18/2022) |
| 03/08/2022 | 9 | MOTION for Pro Hac Vice Appearance of Attorney Elizabeth J. Holland, William G. James, and Nicholas K. Mitrokostas - filed by The Trustees of the University of Pennsylvania. (Farnan, Brian) (Entered: 03/08/2022) |
| 03/08/2022 | | SO ORDERED re 9 MOTION for Pro Hac Vice Appearance of Attorney Elizabeth J. Holland, William G. James, and Nicholas K. Mitrokostas filed by The Trustees of the University of Pennsylvania. ORDERED by Judge Maryellen Noreika on 3/8/2022. (dlw) (Entered: 03/08/2022) |
| 03/23/2022 | 10 | STIPULATION and [Proposed] Order to Dismiss Certain Claims - by Genentech, Inc.. (Fahnestock, Derek) (Entered: 03/23/2022) |
| 03/23/2022 | 11 | SO ORDERED re 10 Stipulation to Dismiss Certain Claims. SEE STIPULATION FOR DETAILS. Signed by Judge Maryellen Noreika on 3/23/2022. (dlw) (Entered: 03/23/2022) |
| 03/24/2022 | | Pro Hac Vice Attorney Elizabeth J. Holland for The Trustees of the University of Pennsylvania added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 03/24/2022) |
| 03/24/2022 | 12 | Partial MOTION to Dismiss for Failure to State a Claim (claims of willful infringement of U.S. Patent No. 7,625,558) - filed by Genentech, Inc.. (Fahnestock, Derek) Modified on 3/25/2022 (dlw). (Entered: 03/24/2022) |
| 03/24/2022 | 13 | OPENING BRIEF in Support re 12 Partial MOTION to Dismiss for Failure to State a Claim (claims of willful infringement of U.S. Patent No. 7,625,558) filed by Genentech, Inc. Answering Brief/Response due date per Local Rules is 4/7/2022. (Attachments: # 1 Exs. 1-3)(Fahnestock, Derek) Modified on 3/25/2022 (dlw). (Entered: 03/24/2022) |
| 03/24/2022 | 14 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Roche Holdings, Inc., Other Affiliate Roche Holding Ltd. for Genentech, Inc. filed by Genentech, Inc.. (Fahnestock, Derek) (Entered: 03/24/2022) |
| 03/30/2022 | | Pro Hac Vice Attorney William G. James and Nicholas K. Mitrokostas for The Trustees of the University of Pennsylvania added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 03/30/2022) |
| 04/04/2022 | 15 | STIPULATION TO EXTEND TIME to EXTEND the deadlines for: (i) Plaintiff to submit its answering brief to Defendant's Partial Motion to Dismiss and (ii) Defendant to submit its reply brief to (i) 4/14/2022 and (ii) 4/28/2022 - filed by The Trustees of the University of Pennsylvania. (Farnan, Brian) (Entered: 04/04/2022) |
| 04/04/2022 | | SO ORDERED, re 15 STIPULATION TO EXTEND TIME to EXTEND the deadlines for: (i) Plaintiff to submit its answering brief to Defendant's Partial Motion to Dismiss and (ii) Defendant to submit its reply brief to (i) 4/14/2022 and (ii) 4/28/2022. Set Briefing Schedule: re 12 Partial MOTION to Dismiss for Failure to State a Claim (claims of willful |

| | | |
|---|---|---|
| | | infringement of U.S. Patent No. 7,625,558). (Answering Brief due 4/14/2022., Reply Brief due 4/28/2022). ORDERED by Judge Maryellen Noreika on 4/4/2022. (mdb) (Entered: 04/04/2022) |
| 04/14/2022 | 16 | ANSWERING BRIEF in Opposition re 12 Partial MOTION to Dismiss for Failure to State a Claim (claims of willful infringement of U.S. Patent No. 7,625,558) filed by The Trustees of the University of Pennsylvania.Reply Brief due date per Local Rules is 4/21/2022. (Attachments: # 1 Exhibit 1)(Farnan, Brian) (Entered: 04/14/2022) |
| 04/28/2022 | 17 | REPLY BRIEF re 12 Partial MOTION to Dismiss for Failure to State a Claim (claims of willful infringement of U.S. Patent No. 7,625,558) - filed by Genentech, Inc.. (Fahnestock, Derek) (Entered: 04/28/2022) |
| 04/29/2022 | 18 | ORAL ORDER - IT IS HEREBY ORDERED that, within thirty (30) days from the date of this Order, the parties shall confer regarding proposed dates in the scheduling order and shall submit a proposed order, which is also consistent with the following guidance. The parties shall provide final contentions (i.e., final infringement and invalidity contentions, as well as final non-infringement and validity contentions) around the time that fact discovery closes (i.e., several weeks prior to or after the deadline to complete fact discovery) and at least three weeks before Plaintiff serves its opening claim construction brief. Final contentions shall include a party's contentions under its proposed construction(s), as well as under the opposing construction(s) (if such an alternative contention exists). As such, the parties are encouraged to exchange proposed claim terms and proposed constructions early in the case but in no event later than necessary to allow the parties to include alternative contentions in their final contentions. The joint claim construction chart shall be due one week after the parties have completed their exchange of final contentions, and the joint claim construction brief must be filed at least three weeks before the claim construction hearing. The parties shall leave at least three weeks between the claim construction hearing and the opening of expert discovery. The parties are to use the Court's form scheduling order, which is posted at http://www.ded.uscourts.gov (see Chambers, Judge Noreika, Forms), and the parties must include a proposal for the length and timing of trial. If there are disputes or issues that the Court needs to address in the proposed scheduling order, the parties shall direct the Court to the paragraph numbers in which those appear in a cover letter to the Court. ORDERED by Judge Maryellen Noreika on 4/29/2022. (dlw) (Entered: 04/29/2022) |
| 04/29/2022 | 19 | MOTION for Pro Hac Vice Appearance of Attorney Shaobo Zhu and Matthew R. Miner - filed by The Trustees of the University of Pennsylvania. (Farnan, Brian) (Entered: 04/29/2022) |
| 04/29/2022 | | SO ORDERED re 19 MOTION for Pro Hac Vice Appearance of Attorney Shaobo Zhu and Matthew R. Miner filed by The Trustees of the University of Pennsylvania. ORDERED by Judge Maryellen Noreika on 4/29/2022. (dlw) (Entered: 04/29/2022) |
| 05/03/2022 | | Pro Hac Vice Attorney Matthew R Miner and Shaobo Zhu for The Trustees of the University of Pennsylvania added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 05/03/2022) |
| 05/31/2022 | 20 | STIPULATION TO EXTEND TIME for the parties to file a proposed Scheduling Order to June 2, 2022 - filed by Genentech, Inc.. (Fahnestock, Derek) (Entered: 05/31/2022) |
| 06/01/2022 | 21 | MOTION for Pro Hac Vice Appearance of Attorney Chih-Wei Wu - filed by Genentech, Inc.. (Clark, Cameron) (Entered: 06/01/2022) |
| 06/01/2022 | | SO ORDERED, re 20 STIPULATION TO EXTEND TIME for the parties to file a proposed Scheduling Order to June 2, 2022 filed by Genentech, Inc.. ORDERED by Judge |

Case 1:23-cv-01146-MN   Document 14-1   Filed 01/02/24   Page 7 of 9 PageID #: 219

| | | |
|---|---|---|
| | | Maryellen Noreika on 6/1/2022. (mdb) (Entered: 06/01/2022) |
| 06/01/2022 | | SO ORDERED, re 21 MOTION for Pro Hac Vice Appearance of Attorney Chih-Wei Wu filed by Genentech, Inc.. ORDERED by Judge Maryellen Noreika on 6/1/2022. (mdb) (Entered: 06/01/2022) |
| 06/02/2022 | 22 | PROPOSED ORDER // Scheduling Order by The Trustees of the University of Pennsylvania. (Attachments: # 1 Letter to The Honorable Maryellen Noreika)(Farnan, Brian) Modified on 6/6/2022 (dlw). (Entered: 06/02/2022) |
| 06/03/2022 | 23 | MOTION for Pro Hac Vice Appearance of Attorney Dov Hirsch - filed by The Trustees of the University of Pennsylvania. (Farnan, Brian) (Entered: 06/03/2022) |
| 06/03/2022 | | SO ORDERED re 23 MOTION for Pro Hac Vice Appearance of Attorney Dov Hirsch filed by The Trustees of the University of Pennsylvania. Ordered by Judge Maryellen Noreika on 6/3/2022. (asw) (Entered: 06/03/2022) |
| 06/06/2022 | | Pro Hac Vice Attorney Dov Hirsch for The Trustees of the University of Pennsylvania added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 06/06/2022) |
| 06/07/2022 | 24 | SCHEDULING ORDER: Joinder of Parties due by 3/1/2023. Amended Pleadings due by 3/1/2023. Fact Discovery completed by 4/7/2023. Opening Expert Reports due by 11/10/2023. Rebuttal Expert Reports due by 12/15/2023. Reply Expert Reports due by 1/19/2024. Expert Discovery due by 3/1/2024. Dispositive Motions due by 3/29/2024. Answering Brief due 4/26/2024. Reply Brief due 5/24/2024. Claim Construction Opening Brief served by 6/30/2023. Claim Construction Answering Brief served by 7/28/2023. Claim Construction Reply Brief served by 8/11/2023. Claim Construction Surreply Brief served by 8/25/2023. Joint Claim Construction Brief filed by 9/8/2023. A Markman Hearing is set for 9/29/2023 at 10:00 AM in Courtroom 4A before Judge Maryellen Noreika. A Pretrial Conference is set for 9/23/2024 at 04:30 PM in Courtroom 4A before Judge Maryellen Noreika. A 5-day Jury Trial is set for 9/30/2024 at 09:30 AM in Courtroom 4A before Judge Maryellen Noreika. Signed by Judge Maryellen Noreika on 6/7/2022. (dlw) (Entered: 06/07/2022) |
| 06/08/2022 | | Pro Hac Vice Attorney Chih-Wei Wu for Genentech, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 06/08/2022) |
| 07/07/2022 | 25 | NOTICE OF SERVICE of Defendant Genentech, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) - filed by Genentech, Inc..(Fahnestock, Derek) (Entered: 07/07/2022) |
| 07/07/2022 | 26 | NOTICE OF SERVICE of Plaintiff The Trustees of The University of Pennsylvania's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) filed by The Trustees of the University of Pennsylvania.(Farnan, Brian) (Entered: 07/07/2022) |
| 07/11/2022 | 27 | STIPULATION TO EXTEND TIME for the parties to submit the proposed protective order to 7/19/2022 - filed by The Trustees of the University of Pennsylvania. (Farnan, Brian) (Entered: 07/11/2022) |
| 07/11/2022 | | SO ORDERED re 27 STIPULATION TO EXTEND TIME for the parties to submit the proposed protective order to 7/19/2022. ORDERED by Judge Maryellen Noreika on 7/11/2022. (dlw) (Entered: 07/11/2022) |
| 07/14/2022 | 28 | NOTICE OF SERVICE of Defendant Genentech's Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery, Including Discovery of Electronically Stored Information filed by Genentech, Inc..(Clark, Cameron) (Entered: 07/14/2022) |

| | | |
|---|---|---|
| 07/14/2022 | 29 | NOTICE OF SERVICE of (i) Plaintiff The Trustees of The University of Pennsylvania's Initial Disclosures Pursuant to Paragraph 3 of The Court's Default Standard for Discovery and (ii) Plaintiff The Trustees of The University of Pennsylvania's Initial Identification of the Accused Products, Damages Model, and Production of the File History of the Asserted Patent filed by The Trustees of the University of Pennsylvania.(Farnan, Brian) (Entered: 07/14/2022) |
| 07/18/2022 | 30 | MOTION for Pro Hac Vice Appearance of Attorney Katherine Kieckhafer and Mena Gaballah - filed by The Trustees of the University of Pennsylvania. (Farnan, Brian) (Entered: 07/18/2022) |
| 07/18/2022 | | SO ORDERED re 30 MOTION for Pro Hac Vice Appearance of Attorney Katherine Kieckhafer and Mena Gaballah filed by The Trustees of the University of Pennsylvania. ORDERED by Judge Maryellen Noreika on 7/18/2022. (dlw) (Entered: 07/18/2022) |
| 07/18/2022 | | Pro Hac Vice Attorney Katherine Kieckhafer for The Trustees of the University of Pennsylvania added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (apk) (Entered: 07/18/2022) |
| 07/18/2022 | | Pro Hac Vice Attorney Mena Gaballah for The Trustees of the University of Pennsylvania added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (apk) (Entered: 07/18/2022) |
| 07/19/2022 | 31 | STIPULATION TO EXTEND TIME for the parties to file a proposed protective order to July 26, 2022 - filed by Genentech, Inc.. (Fahnestock, Derek) (Entered: 07/19/2022) |
| 07/19/2022 | | SO ORDERED re 31 STIPULATION TO EXTEND TIME for the parties to file a proposed protective order to July 26, 2022. ORDERED by Judge Maryellen Noreika on 7/19/2022. (dlw) (Entered: 07/19/2022) |
| 07/26/2022 | 32 | STIPULATION TO EXTEND TIME for the parties to file a proposed protective order to August 5, 2022 - filed by Genentech, Inc.. (Fahnestock, Derek) (Entered: 07/26/2022) |
| 07/26/2022 | | SO ORDERED re 32 STIPULATION TO EXTEND TIME for the parties to file a proposed protective order to August 5, 2022. ORDERED by Judge Maryellen Noreika on 7/26/2022. (dlw) (Entered: 07/26/2022) |
| 08/05/2022 | 33 | STIPULATION TO EXTEND TIME for the parties to file a proposed protective order to August 12, 2022 - filed by Genentech, Inc.. (Fahnestock, Derek) (Entered: 08/05/2022) |
| 08/05/2022 | | SO ORDERED re 33 STIPULATION TO EXTEND TIME for the parties to file a proposed protective order to August 12, 2022. ORDERED by Judge Maryellen Noreika on 8/5/2022. (dlw) (Entered: 08/05/2022) |
| 08/12/2022 | 34 | ORAL ORDER - Consistent with the Scheduling Order, the parties' contacted chambers to request a teleconference date for protective order disputes. IT IS HEREBY ORDERED that these disputes are referred to Judge Mary Pat Thynge. The parties are directed to review Judge Thynge's Discovery Dispute Procedures Order located at: https://www.ded.uscourts.gov/judge/chief-magistrate-judge-mary-pat-thynge, forms. ORDERED by Judge Maryellen Noreika on 8/12/2022. (dlw) (Entered: 08/12/2022) |
| 08/12/2022 | 35 | NOTICE OF SERVICE of (1) Defendant's First Set of Requests for the Production of Documents and Things to Plaintiff (Nos. 1-83) and (2) Defendant's First Set of Interrogatories to Plaintiff (Nos. 1-12) - filed by Genentech, Inc..(Fahnestock, Derek) (Entered: 08/12/2022) |
| 08/12/2022 | 36 | NOTICE OF SERVICE of Plaintiff The Trustees of The University of Pennsylvania's First |

| | | |
|---|---|---|
| | | Requests for Production to Defendant Genentech, Inc. (Nos. 1-113) filed by The Trustees of the University of Pennsylvania.(Farnan, Brian) (Entered: 08/12/2022) |
| 08/16/2022 | 37 | MOTION for Pro Hac Vice Appearance of Attorney Nicholas P. Groombridge - filed by Genentech, Inc.. (Fahnestock, Derek) (Entered: 08/16/2022) |
| 08/16/2022 | | SO ORDERED re 37 MOTION for Pro Hac Vice Appearance of Attorney Nicholas P. Groombridge filed by Genentech, Inc. ORDERED by Judge Maryellen Noreika on 8/16/2022. (dlw) (Entered: 08/16/2022) |
| 08/23/2022 | 38 | MOTION for Teleconference to Resolve Protective Order Disputes - filed by The Trustees of the University of Pennsylvania. (Farnan, Brian) (Entered: 08/23/2022) |
| 08/24/2022 | | NOTICE OF SCHEDULING: A Discovery Teleconference is set for 9/1/2022 at 11:00 AM Eastern Time before Judge Mary Pat Thynge. Counsel for Plaintiff shall arrange for a conference bridge and share details with chambers (daniel_taylor@ded.uscourts.gov) and the court reporter. Ordered by Judge Mary Pat Thynge on 8/24/2022. (dat) (Entered: 08/24/2022) |
| 08/29/2022 | | ORAL ORDER, re 38 MOTION for Teleconference to Resolve Protective Order Disputes filed by The Trustees of the University of Pennsylvania: Pursuant to correspondence from counsel, the parties have resolved the dispute, and therefore, the 9/1/2022 protective order teleconference is hereby CANCELLED. Ordered by Judge Mary Pat Thynge on 8/29/2022. (dat) (Entered: 08/29/2022) |
| 09/02/2022 | 39 | PROPOSED ORDER Proposed Protective Order by The Trustees of the University of Pennsylvania. (Farnan, Brian) (Entered: 09/02/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/05/2022 15:09:49 | | | |
| **PACER Login:** | ycst0001 | **Client Code:** | 102200.1002 swils |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-00145-MN Start date: 1/1/1973 End date: 9/6/2022 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |