# EXHIBIT B

Query    Reports ▾    Utilities ▾    Help    Log Out

PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:20-cv-01558-CFC

| | |
|---|---|
| Salient Systems Corporation v. Hawk Technology Systems LLC et al | Date Filed: 11/20/2020 |
| | Jury Demand: Plaintiff |
| Assigned to: Judge Colm F. Connolly | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Salient Systems Corporation**          represented by    **Christopher Viceconte**
Gibbons P.C.
300 Delaware Avenue
Suite 1050
Wilmington, DE 19801
302-518-6322
Fax: 302-397-2050
Email: cviceconte@gibbonslaw.com
*TERMINATED: 02/08/2022*
*LEAD ATTORNEY*

**Brian P. Egan**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9454
Email: began@mnat.com
*ATTORNEY TO BE NOTICED*

**Gerard F. Bifulco**
Email: gbifulco@clevelandkrist.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin J. Hasford**
Email: justin.hasford@finnegan.com
*TERMINATED: 02/08/2022*
*PRO HAC VICE*

**Timothy A Cleveland**
Email: tcleveland@clevelandkrist.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Cleveland Terrazas PLLC**
Email: tcleveland@clevelandterrazas.com

|  |  |  |
|---|---|---|
|  |  | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| V. |  |  |
| **Defendant** |  |  |
| **Hawk Technology Systems LLC** | represented by | **Timothy Devlin**<br>Devlin Law Firm LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br>Fax: (302) 353-4251<br>Email: tdevlin@devlinlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Mark Shulman** | represented by | **Timothy Devlin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** |  |  |
| **Mark Shulman** | represented by | **Timothy Devlin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** |  |  |
| **Hawk Technology Systems LLC** | represented by | **Timothy Devlin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| V. |  |  |
| **Counter Defendant** |  |  |
| **Salient Systems Corporation** | represented by | **Christopher Viceconte**<br>(See above for address)<br>*TERMINATED: 02/08/2022*<br>*LEAD ATTORNEY*<br><br>**Brian P. Egan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Gerard F. Bifulco**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Justin J. Hasford** |

(See above for address)
*TERMINATED: 02/08/2022*

**Timothy Cleveland Terrazas PLLC**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2020 | 1 | MOTION for Leave to File Complaint and Exhibit A Thereto Under Seal - filed by Salient Systems Corporation. (Attachments: # 1 Text of Proposed Order)(kmd) (Entered: 11/20/2020) |
| 11/20/2020 | 2 | [SEALED] COMPLAINT for Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Fraud, Tortious Interference with Business Relations, Patent Invalidity, Patent Misuse and Violation of the Sherman Act, filed with Jury Demand against Hawk Technology Systems LLC, Mark Shulman (Filing fee $400, receipt number ADEDC-3345053) - filed by Salient Systems Corporation. (Attachments: # 1 Exhibit A)(kmd) Modified on 11/20/2020 (nms). (Additional attachment(s) added on 11/20/2020: # 2 Civil Cover Sheet) (nms). (Attachment 1 replaced on 11/23/2020) (cna, ). (Entered: 11/20/2020) |
| 11/20/2020 | 3 | Exhibit B to 2 Complaint - filed by Salient Systems Corporation. (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E, # 4 Civil Cover Sheet)(kmd) (Entered: 11/20/2020) |
| 11/20/2020 | 4 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (kmd) (Entered: 11/20/2020) |
| 11/20/2020 | 5 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 10,499,091. (kmd) (Entered: 11/20/2020) |
| 11/20/2020 | 6 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed - filed by Salient Systems Corporation. (kmd) (Entered: 11/20/2020) |
| 11/20/2020 | 7 | CERTIFICATION Pursuant to D.Del. LR 7.1.1 - filed by Salient Systems Corporation (kmd) (Entered: 11/20/2020) |
| 11/20/2020 | 8 | Summonses Issued (please complete the top portion of the form and print out for use/service). (kmd) (Entered: 11/20/2020) |
| 11/20/2020 |   | Remark: Exit copies of documents to duty judge (RGA). (kmd) (Entered: 11/20/2020) |
| 11/20/2020 |   | CORRECTING ENTRY: The civil cover sheet filed at D.I. 3 has been removed and it has been added to the filing at D.I. 2 . (nms) (Entered: 11/20/2020) |
| 11/20/2020 | 9 | ORDER Granting 1 MOTION for Leave to File Complaint and Exhibit A Under Seal. Signed by Judge Richard G. Andrews on 11/20/2020. (nms) (Entered: 11/20/2020) |
| 11/20/2020 |   | Remark: Case submitted for routine judicial assignment. (kmd) (Entered: 11/20/2020) |
| 11/23/2020 |   | CORRECTING ENTRY: Exhibit A at DI# 2 was replaced per counsel's request for a missing signature. (cna, ) (Entered: 11/23/2020) |
| 11/25/2020 |   | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 11/25/2020) |
| 11/30/2020 | 10 | REDACTED VERSION of CORRECTING ENTRY:, 2 Complaint,, by Salient Systems Corporation. (Attachments: # 1 Exhibit A)(Viceconte, Christopher) (Entered: 11/30/2020) |

| | | |
|---|---|---|
| 12/02/2020 | 11 | AFFIDAVIT of Service for Letter, Complaint & Summons served on Marc Shulman on November 24, 2020, filed by Salient Systems Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Viceconte, Christopher) (Entered: 12/02/2020) |
| 12/02/2020 | 12 | SUMMONS Returned Executed by Salient Systems Corporation. Hawk Technology Systems LLC served on 11/28/2020, answer due 12/21/2020. (Viceconte, Christopher) (Entered: 12/02/2020) |
| 12/02/2020 | 13 | SUMMONS Returned Executed by Salient Systems Corporation. Mark Shulman served on 11/28/2020, answer due 12/21/2020. (Viceconte, Christopher) (Entered: 12/02/2020) |
| 12/21/2020 | 14 | STIPULATION TO EXTEND TIME to Answer the Complaint to February 19, 2021 - filed by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 12/21/2020) |
| 12/21/2020 | | SO ORDERED, re 14 STIPULATION TO EXTEND TIME to Answer the Complaint to February 19, 2021 filed by Mark Shulman, Hawk Technology Systems LLC, Set/Reset Answer Deadlines: Hawk Technology Systems LLC answer due 2/19/2021; Mark Shulman answer due 2/19/2021. Signed by Judge Colm F. Connolly on 12/21/2020. (fms) (Entered: 12/21/2020) |
| 02/19/2021 | 15 | MOTION to Dismiss for Failure to State a Claim *(Partial Motion to Dismiss)* - filed by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 02/19/2021) |
| 02/19/2021 | 16 | OPENING BRIEF in Support re 15 MOTION to Dismiss for Failure to State a Claim *(Partial Motion to Dismiss)* filed by Hawk Technology Systems LLC, Mark Shulman.Answering Brief/Response due date per Local Rules is 3/5/2021. (Devlin, Timothy) (Entered: 02/19/2021) |
| 02/19/2021 | 17 | DECLARATION re 16 Opening Brief in Support, *Declaration of Marc Shulman* by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 02/19/2021) |
| 02/19/2021 | 18 | DECLARATION re 16 Opening Brief in Support, *Declaration of Barry Schwab* by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 02/19/2021) |
| 02/23/2021 | 19 | STIPULATION TO EXTEND TIME Due Date for Plaintiff's Answering Brief in Opposition to Defendants' Motion for Partial Dismissal [D.I. 15 & 16] to March 26, 2021 - filed by Salient Systems Corporation. (Viceconte, Christopher) (Entered: 02/23/2021) |
| 02/23/2021 | | SO ORDERED, re 19 STIPULATION TO EXTEND TIME Due Date for Plaintiff's Answering Brief in Opposition to Defendants' Motion for Partial Dismissal [D.I. 15 & 16] to March 26, 2021 filed by Salient Systems Corporation. Set Briefing Schedule: re 15 MOTION to Dismiss for Failure to State a Claim *(Partial Motion to Dismiss)*. (Answering Brief due 3/26/2021.). Signed by Judge Colm F. Connolly on 2/23/2021. (fms) (Entered: 02/23/2021) |
| 03/25/2021 | 20 | STIPULATION TO EXTEND TIME Due Date for Plaintiff's Answering Brief in Opposition to Defendants' Motion for Partial Dismissal [D.I. 15 & 16] to April 9, 2021 - filed by Salient Systems Corporation. (Viceconte, Christopher) (Entered: 03/25/2021) |
| 03/25/2021 | 21 | MOTION for Pro Hac Vice Appearance of Attorney Justin J. Hasford - filed by Salient Systems Corporation. (Attachments: # 1 Certification)(Viceconte, Christopher) (Entered: 03/25/2021) |
| 03/25/2021 | | SO ORDERED, re 20 STIPULATION TO EXTEND TIME Due Date for Plaintiff's Answering Brief in Opposition to Defendants' Motion for Partial Dismissal [D.I. 15 & 16] to April 9, 2021 filed by Salient Systems Corporation, Set Briefing Schedule: re 15 MOTION to Dismiss for Failure to State a Claim *(Partial Motion to Dismiss)*. (Answering |

| | | |
|---|---|---|
| | | Brief due 4/9/2021.). Signed by Judge Colm F. Connolly on 3/25/2021. (fms) (Entered: 03/25/2021) |
| 03/25/2021 | | SO ORDERED, re 21 MOTION for Pro Hac Vice Appearance of Attorney Justin J. Hasford filed by Salient Systems Corporation. Signed by Judge Colm F. Connolly on 3/25/2021. (fms) (Entered: 03/25/2021) |
| 04/09/2021 | 22 | MOTION for Leave to File *Unopposed to File Answering Brief in Opposition to Defendants' Partial Motion to Dismiss and Supporting Exhibit Under Seal* - filed by Salient Systems Corporation. (Attachments: # 1 Text of Proposed Order)(Viceconte, Christopher) (Entered: 04/09/2021) |
| 04/09/2021 | 23 | [SEALED] ANSWERING BRIEF in Opposition re 22 MOTION for Leave to File *Unopposed to File Answering Brief in Opposition to Defendants' Partial Motion to Dismiss and Supporting Exhibit Under Seal*, 15 MOTION to Dismiss for Failure to State a Claim *(Partial Motion to Dismiss)* filed by Salient Systems Corporation.Reply Brief due date per Local Rules is 4/16/2021. (Attachments: # 1 Certificate of Compliance)(Viceconte, Christopher) (Entered: 04/09/2021) |
| 04/09/2021 | 24 | [SEALED] DECLARATION re 23 Answering Brief in Opposition, by Salient Systems Corporation. (Attachments: # 1 Exhibit 1 - UNDER SEAL, # 2 Exhibit 2)(Viceconte, Christopher) (Entered: 04/09/2021) |
| 04/09/2021 | 25 | NOTICE of Certificate of Service by Salient Systems Corporation re 23 Answering Brief in Opposition, 24 Declaration (Viceconte, Christopher) (Entered: 04/09/2021) |
| 04/09/2021 | | SO ORDERED, re 22 MOTION for Leave to File *Unopposed to File Answering Brief in Opposition to Defendants' Partial Motion to Dismiss and Supporting Exhibit Under Seal* filed by Salient Systems Corporation. Ordered by Judge Colm F. Connolly on 4/9/2021. (fms) (Entered: 04/09/2021) |
| 04/12/2021 | | Pro Hac Vice Attorney Justin J. Hasford for Salient Systems Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (kmd) (Entered: 04/12/2021) |
| 04/16/2021 | 26 | REDACTED VERSION of 23 Answering Brief in Opposition, by Salient Systems Corporation. (Viceconte, Christopher) (Entered: 04/16/2021) |
| 04/16/2021 | 27 | REDACTED VERSION of 26 Redacted Document, 24 Declaration by Salient Systems Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Viceconte, Christopher) (Entered: 04/16/2021) |
| 04/16/2021 | 28 | STIPULATION TO EXTEND TIME for Defendants' Reply Brief in Support of Motion for Partial Dismissal to April 23, 2021 - filed by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 04/16/2021) |
| 04/16/2021 | | SO ORDERED, re 28 STIPULATION TO EXTEND TIME for Defendants' Reply Brief in Support of Motion for Partial Dismissal to April 23, 2021 filed by Mark Shulman, Hawk Technology Systems LLC, Set Briefing Schedule: re 15 MOTION to Dismiss for Failure to State a Claim *(Partial Motion to Dismiss)*. (Reply Brief due 4/23/2021.). Signed by Judge Colm F. Connolly on 4/16/2021. (fms) (Entered: 04/16/2021) |
| 04/23/2021 | 29 | [SEALED] REPLY BRIEF re 15 MOTION to Dismiss for Failure to State a Claim *(Partial Motion to Dismiss)* filed by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 04/23/2021) |
| 07/14/2021 | 30 | MOTION for Pro Hac Vice Appearance of Attorney Timothy Cleveland - filed by Salient Systems Corporation. (Attachments: # 1 Certification)(Viceconte, Christopher) (Entered: |

| | | |
|---|---|---|
| | | 07/14/2021) |
| 07/14/2021 | 31 | MOTION for Pro Hac Vice Appearance of Attorney Gerard F. Bifulco - filed by Salient Systems Corporation. (Attachments: # 1 Certification)(Viceconte, Christopher) (Entered: 07/14/2021) |
| 07/15/2021 | | SO ORDERED, re 30 MOTION for Pro Hac Vice Appearance of Attorney Timothy Cleveland filed by Salient Systems Corporation, 31 MOTION for Pro Hac Vice Appearance of Attorney Gerard F. Bifulco filed by Salient Systems Corporation. Signed by Judge Colm F. Connolly on 7/15/2021. (nmf) (Entered: 07/15/2021) |
| 07/16/2021 | | Pro Hac Vice Attorney Gerard F. Bifulco for Salient Systems Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (srs) (Entered: 07/16/2021) |
| 07/16/2021 | | Pro Hac Vice Attorney Timothy Cleveland Terrazas PLLC for Salient Systems Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (srs) (Entered: 07/16/2021) |
| 10/13/2021 | 32 | NOTICE of Supplemental Authority by Salient Systems Corporation re 15 MOTION to Dismiss for Failure to State a Claim *(Partial Motion to Dismiss)* (Attachments: # 1 Exhibit A)(Viceconte, Christopher) (Entered: 10/13/2021) |
| 10/19/2021 | 33 | Supplemental NOTICE of Supplemental Authority by Salient Systems Corporation re 32 Notice (Other) (Viceconte, Christopher) (Entered: 10/19/2021) |
| 10/19/2021 | 34 | STATEMENT re 32 Notice (Other), 15 MOTION to Dismiss for Failure to State a Claim *(Partial Motion to Dismiss)*, 33 Notice (Other) *RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY* by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 10/19/2021) |
| 02/07/2022 | 35 | ORDER denying 15 Motion to Dismiss. Signed by Judge Colm F. Connolly on 2/7/2022. (nmf) (Entered: 02/07/2022) |
| 02/07/2022 | 36 | NOTICE OF SUBSTITUTION OF COUNSEL re Salient Systems Corporation: Entry of appearance of attorney Brian P. Egan. Attorney Justin J. Hasford of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP and Christopher Viceconte of Gibbons P.C. terminated. (Egan, Brian) (Entered: 02/07/2022) |
| 02/07/2022 | 37 | NOTICE of Change of Firm Affiliation by Salient Systems Corporation (Egan, Brian) (Entered: 02/07/2022) |
| 02/22/2022 | 38 | STIPULATION TO EXTEND TIME to ANSWER Complaint to March 8, 2022 - filed by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 02/22/2022) |
| 02/22/2022 | | SO ORDERED, re 38 STIPULATION TO EXTEND TIME to ANSWER Complaint to March 8, 2022, filed by Mark Shulman, Hawk Technology Systems LLC. Reset Answer Deadlines: Hawk Technology Systems LLC answer due 3/8/2022; Mark Shulman answer due 3/8/2022. Ordered by Judge Colm F. Connolly on 2/22/2022. (kmd) (Entered: 02/22/2022) |
| 03/08/2022 | 39 | ANSWER to 2 Complaint,, with Jury Demand , COUNTERCLAIM against Salient Systems Corporation by Mark Shulman, Hawk Technology Systems LLC.(Devlin, Timothy) (Entered: 03/08/2022) |
| 03/29/2022 | 40 | MOTION to Dismiss for Failure to State a Claim - filed by Salient Systems Corporation. (Egan, Brian) (Entered: 03/29/2022) |

| Date | # | Description |
|---|---|---|
| 03/29/2022 | 41 | OPENING BRIEF in Support re 40 MOTION to Dismiss for Failure to State a Claim filed by Salient Systems Corporation.Answering Brief/Response due date per Local Rules is 4/12/2022. (Egan, Brian) (Entered: 03/29/2022) |
| 03/29/2022 |  | Pro Hac Vice Attorney Gerard F. Bifulco and Timothy A Cleveland for Salient Systems Corporation added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 03/29/2022) |
| 03/30/2022 | 42 | Order Setting Telephonic Scheduling Conference: A Scheduling Conference is set for 4/28/2022 at 08:30 AM Telephonically before Judge Colm F. Connolly. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference. Signed by Judge Colm F. Connolly on 3/30/2022. (nmf) (Entered: 03/30/2022) |
| 04/11/2022 | 43 | STIPULATION TO EXTEND TIME to File Opposition to Plaintiff's Motion to Dismiss to April 26, 2022 - filed by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 04/11/2022) |
| 04/11/2022 | 44 | SO ORDERED, re 43 STIPULATION TO EXTEND TIME to File Opposition to Plaintiff's Motion to Dismiss to April 26, 2022, filed by Mark Shulman, Hawk Technology Systems LLC. Re-Set Briefing Schedule: re 40 MOTION to Dismiss for Failure to State a Claim. Answering Brief due 4/26/2022. Signed by Judge Colm F. Connolly on 4/11/2022. (kmd) (Entered: 04/11/2022) |
| 04/26/2022 | 45 | PROPOSED ORDER -- [Proposed] Scheduling Order -- by Salient Systems Corporation. (Attachments: # 1 Letter to The Honorable Colm F. Connolly)(Egan, Brian) (Entered: 04/26/2022) |
| 04/26/2022 | 46 | NOTICE of Defendants' Unopposed Notice Regarding Plaintiff's Motion to Dismiss Defendants' Counterclaims by Hawk Technology Systems LLC, Mark Shulman re 40 MOTION to Dismiss for Failure to State a Claim , 39 Answer to Complaint, Counterclaim (Devlin, Timothy) (Entered: 04/26/2022) |
| 04/26/2022 | 47 | SCHEDULING ORDER: Joinder of Parties due by 7/7/2022. Amended Pleadings due by 7/7/2022. Fact Discovery completed by 2/3/2023. Expert Discovery due by 5/18/2023. Dispositive Motions due by 6/15/2023. Answering Brief due 7/13/2023. Reply Brief due 7/27/2023. A Final Pretrial Conference is set for 11/29/2023 at 03:00 PM in Courtroom 4B before Judge Colm F. Connolly. A Jury Trial is set for 12/11/2023 at 08:30 AM in Courtroom 4B before Judge Colm F. Connolly. Signed by Judge Colm F. Connolly on 4/26/2022. (nmf) (Entered: 04/26/2022) |
| 04/26/2022 |  | The 4/28/2022 Scheduling Conference is canceled per the filing and entry of the unopposed scheduling order. (nmf) (Entered: 04/26/2022) |
| 05/03/2022 | 48 | MOTION for Leave to File *UNOPPOSED MOTION FOR ENTRY OF DEFENDANTS AMENDED ANSWER TO COMPLAINT* - filed by Hawk Technology Systems LLC, Mark Shulman. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Devlin, Timothy) (Entered: 05/03/2022) |
| 05/04/2022 |  | Remark: All motions must be accompanied by a draft order for the Court's signature that identifies with specificity the relief sought by the party. (kmd) (Entered: 05/04/2022) |
| 05/04/2022 | 49 | PROPOSED ORDER re 48 MOTION for Leave to File *UNOPPOSED MOTION FOR ENTRY OF DEFENDANTS AMENDED ANSWER TO COMPLAINT* by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 05/04/2022) |
| 05/04/2022 | 50 | ORDER granting 48 UNOPPOSED MOTION FOR ENTRY OF DEFENDANTS AMENDED ANSWER TO COMPLAINT. Signed by Judge Colm F. Connolly on 5/4/2022. (kmd) (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 05/04/2022 | 51 | AMENDED ANSWER to 2 Complaint, by Hawk Technology Systems LLC, Mark Shulman. (kmd) (Entered: 05/04/2022) |
| 05/12/2022 | 52 | NOTICE OF SERVICE of Initial Disclosures filed by Salient Systems Corporation.(Egan, Brian) (Entered: 05/12/2022) |
| 05/13/2022 | 53 | NOTICE OF SERVICE of Defendants' Rule 26(a)(1) Initial Disclosures and District of Delaware Default Standard for Discovery Paragraph 3 Disclosures filed by Hawk Technology Systems LLC, Mark Shulman.(Devlin, Timothy) (Entered: 05/13/2022) |
| 05/19/2022 | 54 | NOTICE OF SERVICE of Defendants' District of Delaware Default Standard for Discovery Paragraph 3 Disclosures filed by Hawk Technology Systems LLC, Mark Shulman.(Devlin, Timothy) (Entered: 05/19/2022) |
| 05/19/2022 | 55 | NOTICE OF SERVICE of Initial Disclosures Pursuant to Paragraph 3 of the District of Delaware Default Standard for Discovery filed by Salient Systems Corporation.(Egan, Brian) (Entered: 05/19/2022) |
| 05/31/2022 | 56 | STIPULATION TO EXTEND TIME to file proposed protective order to June 3, 2022 - filed by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 05/31/2022) |
| 06/01/2022 | | SO ORDERED, re 56 STIPULATION TO EXTEND TIME to file proposed protective order to June 3, 2022, filed by Mark Shulman, Hawk Technology Systems LLC. Ordered by Judge Colm F. Connolly on 6/1/2022. (kmd) (Entered: 06/01/2022) |
| 06/03/2022 | 57 | PROPOSED ORDER -- Protective Order -- by Salient Systems Corporation. (Egan, Brian) (Entered: 06/03/2022) |
| 06/06/2022 | 58 | STIPULATED PROTECTIVE ORDER. Signed by Judge Colm F. Connolly on 6/6/2022. (kmd) (Entered: 06/06/2022) |
| 06/24/2022 | 59 | NOTICE OF SERVICE of (1) Plaintiff's First Set of Requests for Production of Documents to Defendants Hawk Technology Systems, LLC and Mark Shulman and (2) Plaintiff's First Set of Interrogatories to Defendants Hawk Technology Systems, LLC and Mark Shulman filed by Salient Systems Corporation.(Egan, Brian) (Entered: 06/24/2022) |
| 07/06/2022 | 60 | STIPULATION TO EXTEND TIME to Extend Deadline for Joinder of Parties and Amendment of Pleadings to July 21, 2022 - filed by Hawk Technology Systems LLC, Mark Shulman. (Devlin, Timothy) (Entered: 07/06/2022) |
| 07/07/2022 | 61 | SO ORDERED, re 60 STIPULATION TO EXTEND TIME to Extend Deadline for Joinder of Parties and Amendment of Pleadings to July 21, 2022, filed by Mark Shulman, Hawk Technology Systems LLC. Resetting Deadlines: Amended Pleadings due by 7/21/2022., Joinder of Parties due by 7/21/2022. Signed by Judge Colm F. Connolly on 7/7/2022. (kmd) (Entered: 07/07/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/05/2022 15:21:11 | | | |
| PACER Login: | ycst0001 | Client Code: | 102200.1002 swils |
| Description: | Docket Report | Search Criteria: | 1:20-cv-01558-CFC Start date: 1/1/1973 End date: 9/6/2022 |
| Billable | 7 | Cost: | 0.70 |

| Pages: | | | |
|---|---|---|---|