# EXHIBIT C

CLOSED,CASREF,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:15-cv-01022-LPS-CJB

Advanced Microscopy Inc. v. Thermo Fisher Scientific Inc.

Assigned to: Judge Leonard P. Stark

Referred to: Judge Christopher J. Burke

Related Cases: 1:15-cv-00516-LPS

1:15-cv-00517-LPS-CJB

1:15-cv-01018-LPS-CJB

1:15-cv-01021-LPS-CJB

1:15-cv-01019-LPS-CJB

1:15-cv-01020-LPS-CJB

1:15-cv-01023-LPS-CJB

Cause: 35:271 Patent Infringement

Date Filed: 11/04/2015

Date Terminated: 01/22/2016

Jury Demand: Plaintiff

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**Advanced Microscopy Inc.**                represented by    **Brian E. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Skeels**
Email: dskeels@whitakerchalk.com
*TERMINATED: 01/08/2016*
*PRO HAC VICE*

**Jonathan T. Suder**
Email: jts@fsclaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
302-777-0338
Fax: 302-421-5870
Email: mfarnan@farnanlaw.com
*ATTORNEY TO BE NOTICED*

**Todd I Blumenfeld**

Email: blumenfeld@fsclaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Thermo Fisher Scientific Inc.**          represented by     **Karen Jacobs**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302)658-9200
Email: kjacobs@mnat.com
*ATTORNEY TO BE NOTICED*

**Stephen J. Kraftschik**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9378
Email: skraftschik@mnat.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2015 | 1 | COMPLAINT for PATENT INFRINGEMENT filed with Jury Demand against Thermo Fisher Scientific Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311-1821583.) - filed by Advanced Microscopy Inc. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(nmb) (Entered: 11/05/2015) |
| 11/04/2015 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (nmb) (Entered: 11/05/2015) |
| 11/04/2015 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US 6,313,452 B1. (nmb) (Entered: 11/05/2015) |
| 11/04/2015 | | No Summons Issued. (nmb) (Entered: 11/05/2015) |
| 11/09/2015 | | Summons Issued with Magistrate Consent Notice attached as to Thermo Fisher Scientific Inc. on 11/9/2015. (cna) (Entered: 11/09/2015) |
| 11/12/2015 | | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. Associated Cases: 1:15-cv-01019-LPS, 1:15-cv-01020-LPS, 1:15-cv-01021-LPS, 1:15-cv-01022-LPS, 1:15-cv-01023-LPS (and previously docketed 1:15-cv-01018-LPS) (rjb) (Entered: 11/12/2015) |
| 11/13/2015 | 4 | ORAL REFERRAL ORDER: This case will be governed by Judge Stark's Revised Procedures for Managing Patent Cases (see www.ded.uscourts.gov). In accordance with the Revised Procedures, IT IS HEREBY ORDERED that: 1. any and all matters relating to scheduling, including entry of a Scheduling Order, are referred to Magistrate Judge Burke; 2. any and all motions to dismiss, stay, and/or transfer venue, relating to all or any part of the case, whenever such motions may be filed, are referred to Judge Burke for disposition or report and recommendation, to the full extent permitted by the Constitution, statute, and |

| | | |
|---|---|---|
| | | rule; and 3. within seven (7) days of the date of this Referral Order, the plaintiff(s) shall file the Procedures Order, which is found on Judge Stark's website (see www.ded.uscourts.gov). ORDERED by Judge Leonard P. Stark on 11/13/15. Associated Cases: 1:15-cv-01018-LPS et al. (ntl) (Entered: 11/13/2015) |
| 11/16/2015 | 5 | PROPOSED ORDER Proposed Procedures Order by Advanced Microscopy Inc.. (Attachments: # 1 Letter to The Honorable Leonard P. Stark)(Farnan, Brian) (Entered: 11/16/2015) |
| 11/16/2015 | 6 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Wi-Lan Technologies, Inc., Other Affiliate Wi-LAN, Inc. for Advanced Microscopy Inc. filed by Advanced Microscopy Inc.. (Farnan, Brian) (Entered: 11/16/2015) |
| 11/16/2015 | 7 | SUMMONS Returned Executed by Advanced Microscopy Inc.. Thermo Fisher Scientific Inc. served on 11/10/2015, answer due 12/1/2015. (Farnan, Brian) (Entered: 11/16/2015) |
| 11/16/2015 | | SO ORDERED (5 in 1:15-cv-01023-LPS-CJB, 5 in 1:15-cv-01022-LPS-CJB, 5 in 1:15-cv-01021-LPS-CJB, 5 in 1:15-cv-01020-LPS-CJB, 5 in 1:15-cv-01018-LPS-CJB, 5 in 1:15-cv-01019-LPS-CJB) Proposed Procedures Order filed by Advanced Microscopy Inc.. Ordered by Judge Christopher J. Burke on 11/16/2015. Associated Cases: 1:15-cv-01018-LPS-CJB et al.(dlk) (Entered: 11/16/2015) |
| 11/18/2015 | 8 | MOTION for Pro Hac Vice Appearance of Attorney David A. Skeels - filed by Advanced Microscopy Inc.. (Farnan, Brian) (Entered: 11/18/2015) |
| 11/19/2015 | | SO ORDERED, D.I. (8 in 1:15-cv-01020-LPS-CJB, 8 in 1:15-cv-01019-LPS-CJB, 8 in 1:15-cv-01022-LPS-CJB, 8 in 1:15-cv-01023-LPS-CJB, 7 in 1:15-cv-01021-LPS-CJB, 8 in 1:15-cv-01018-LPS-CJB) MOTION for Pro Hac Vice Appearance of Attorney David A. Skeels filed by Advanced Microscopy Inc. Ordered by Judge Christopher J. Burke on 11/19/2015. Associated Cases: 1:15-cv-01018-LPS-CJB et al.(dlk) (Entered: 11/19/2015) |
| 11/20/2015 | 9 | STIPULATION TO EXTEND TIME to Answer Complaint to January 8, 2016 - filed by Thermo Fisher Scientific Inc.. (Jacobs, Karen) (Entered: 11/20/2015) |
| 11/23/2015 | | SO ORDERED D.I. 9 STIPULATION TO EXTEND TIME to Answer Complaint to January 8, 2016 filed by Thermo Fisher Scientific Inc., Set/Reset Answer Deadlines: Thermo Fisher Scientific Inc. answer due 1/8/2016. Ordered by Judge Christopher J. Burke on 11/23/2015. (dlk) (Entered: 11/23/2015) |
| 11/25/2015 | | Pro Hac Vice Attorney David A. Skeels for Advanced Microscopy Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Associated Cases: 1:15-cv-01018-LPS-CJB et al.(klc) (Entered: 11/25/2015) |
| 01/08/2016 | 10 | NOTICE requesting Clerk to remove David A. Skeels as co-counsel.. (Farnan, Brian) (Entered: 01/08/2016) |
| 01/08/2016 | 11 | MOTION for Pro Hac Vice Appearance of Attorney Jonathan T. Suder - filed by Advanced Microscopy Inc.. (Farnan, Brian) (Entered: 01/08/2016) |
| 01/08/2016 | 12 | MOTION to Dismiss for Failure to State a Claim - filed by Thermo Fisher Scientific Inc.. (Kraftschik, Stephen) (Entered: 01/08/2016) |
| 01/08/2016 | 13 | OPENING BRIEF in Support re 12 MOTION to Dismiss for Failure to State a Claim filed by Thermo Fisher Scientific Inc..Answering Brief/Response due date per Local Rules is 1/25/2016. (Attachments: # 1 Exhibits A-D)(Kraftschik, Stephen) (Entered: 01/08/2016) |
| 01/08/2016 | 14 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Thermo Fisher Scientific Inc.. (Kraftschik, Stephen) (Entered: 01/08/2016) |

| | | |
|---|---|---|
| 01/08/2016 | | ORAL ORDER: IT IS HEREBY ORDERED that the parties shall meet and confer and discuss, in person and/or by telephone, each of the matters listed on Chief Judge Stark's Case Management Checklist ("Checklist"). Within thirty (30) days from the date of this Order, the parties shall jointly file the following: (i) a copy of the "Checklist" indicating the names of Lead Counsel and Delaware Counsel for each party; (ii) a proposed Scheduling Order (consistent with the Chief Judge Stark's Revised Patent Form Scheduling Order); and (iii) a letter, not to exceed three pages, that contains the following: (a) a description of what this case is about; (b) the parties' positions regarding the disputes in the proposed Scheduling Order, and (c) a list of the three most significant topics (other than Scheduling Order disputes) discussed during the parties' review of the Checklist items, along with a brief description as to what was discussed as to those topics. Thereafter, the Court will schedule an in-person Case Management Conference/Rule 16 Scheduling Conference to be held with Judge Stark and/or Judge Burke. The Checklist and Revised Patent Form Scheduling Order can be found on this Court's website (www.ded.uscourts.gov/judge/chief-judge-leonard-p-stark). Signed by Judge Christopher J. Burke on 1/8/2016. (dlk) (Entered: 01/08/2016) |
| 01/08/2016 | 15 | MOTION for Pro Hac Vice Appearance of Attorney Todd I. Blumenfeld - filed by Advanced Microscopy Inc.. (Farnan, Brian) (Entered: 01/08/2016) |
| 01/12/2016 | | SO ORDERED D.I. (13 in 1:15-cv-01020-LPS-CJB, 13 in 1:15-cv-01023-LPS-CJB, 11 in 1:15-cv-01022-LPS-CJB) MOTION for Pro Hac Vice Appearance of Attorney Jonathan T. Suder filed by Advanced Microscopy Inc., and D.I. (14 in 1:15-cv-01023-LPS-CJB, 16 in 1:15-cv-01020-LPS-CJB, 15 in 1:15-cv-01022-LPS-CJB) MOTION for Pro Hac Vice Appearance of Attorney Todd I. Blumenfeld filed by Advanced Microscopy Inc. Ordered by Judge Christopher J. Burke on 1/12/2016. Associated Cases: 1:15-cv-01020-LPS-CJB, 1:15-cv-01022-LPS-CJB, 1:15-cv-01023-LPS-CJB(dlk) (Entered: 01/12/2016) |
| 01/12/2016 | | Pro Hac Vice Attorney Todd I Blumenfeld for Advanced Microscopy Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Associated Cases: 1:15-cv-01022-LPS-CJB, 1:15-cv-01020-LPS-CJB, 1:15-cv-01023-LPS-CJB(dmp, ) (Entered: 01/12/2016) |
| 01/12/2016 | | Pro Hac Vice Attorney Jonathan T. Suder for Advanced Microscopy Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Associated Cases: 1:15-cv-01022-LPS-CJB, 1:15-cv-01020-LPS-CJB, 1:15-cv-01023-LPS-CJB(dmp, ) (Entered: 01/12/2016) |
| 01/22/2016 | 16 | STIPULATION of Dismissal by Advanced Microscopy Inc.. (Farnan, Brian) (Entered: 01/22/2016) |
| 01/22/2016 | | CASE CLOSED (ntl) (Entered: 01/25/2016) |
| 01/28/2016 | 17 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,313,452. (ntl) (Entered: 01/28/2016) |

**PACER Service Center**

**Transaction Receipt**

06/07/2019 15:33:47

| PACER Login: | ycst0001:2665664:4643746 | Client Code: | 070736.1006 swils |
|---|---|---|---|
| Description: | Docket Report | Search | 1:15-cv-01022- |

Case 1:23-cv-01146-MN   Document 11-3   Filed 01/02/24   Page 6 of 6 PageID #: 237

| | | **Criteria:** | LPS-CJB Start date: 1/1/1970 End date: 6/7/2019 |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.40 |